**No. P68/284.**—The Newman Company v. United States, protest 63/10086 (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of motorboats

similar in all material respects to those the subject of *The Newman Company* v. *United States* (57 Cust. Ct. 117, C.D. 2739), the claim of the plaintiff was sustained.